Commonwealth ex rel. Chumakov *v.* Chumakov, Appellant.

Argued March 20, 1974. *Albert H. Friedman,* with him *Friedman & Friedman,* for appellant; *Samuel P. Lavine,* with him *Steinberg, Greenstein, Richman & Price,* for appellee.

Order affirmed.

Commonwealth ex rel. Himes, Appellant, *v.* Himes.

Argued March 28, 1974. *James P. Gannon,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

Commonwealth ex rel. Kilpatrick *v.* Kilpatrick, Appellant.

Argued March 21, 1974. *Milton J. Goodman,* with him *Goodman & Goodman,* for appellant; *Richard J. Shiroff,* with him *Gus Milides,* for appellee.

Order affirmed.